**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
SECOND AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **GRETEL L. SABALLOS** CASE NO. **13-34171-BKC-LMI**
Last four digits of SS No. 5007

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$1,860.82** for months **1** to **4**, beginning **November 7, 2013**;
B. **$3,426.42** for months **5** to **60**, beginning **March 4, 2014**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $5,500.00; Paid Fees: $2,000.00; Balance Due: $3,500.00; payable $875.00/mo. (Mos. 1 to 4)

**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**
**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**1. STATEBRIDGE COMPANY (1st Mtg on Duplex - 136 NW 15 Avenue, Miami, FL 33125) - Value Due on Petition Date: $146,000.00**
4600 S Syracuse St., Ste. 7    Payable; $694.74/mo. (Mos. 1 to 4)
Denver, CO 80237                $2,778.61/mo. (Mos. 5 to 60)
Acct. #3121                     [payments include 3.25% interest]

**2. PNC BANK - (2nd Mtg on Duplex Acct. #6937 - 136 NW 15 Avenue, Miami, FL 33125) The value of the duplex property is $100,000.00 and the amount owed to the first mortgagee, Statebridge Company, is $257,000.00. Therefore, as there is no equity after the first mortgage, the second mortgage due to PNC Bank, in the amount of $45,844.00, will be stripped off and avoided.**

**3. LEXUS FINANCIAL -** VALUE OF A 2006 LEXUS GS300; $13,000.00, payable $100.00/mo. (Mos. 1 to 4) and $257.31/mo. (Mos. 5 to 60) [payments include 5.25% interest]

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]
**NONE**

**Unsecured Creditors**: Payable: $5.00/mo. (Mos. 1 to 4) & $47.86/mo. (Mos. 5 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Dated: February 14, 2014
**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 14th day of February, 2014.

Law Offices of Michael J. Brooks,
Michael A. Frank,
& Rodolfo De La Guardia
Attorney for Debtor(s)
10 N.W. LeJeune Road, Suite 620
Miami, FL  33126-5431
(305) **443-4217**
Pleadings@bkclawmiami.com


By /s/_____
Michael J. Brooks
Florida Bar No. 434442


LF-31 (rev. 01/08/10)