

ORDERED in the Southern District of Florida on April 22, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                  Case No: 13-34171-LMI

GRETEL L. SABALLOS                                              Chapter 13

_____Debtor_____/

ORDER GRANTING MOTION TO VALUE COLLATERAL OF WATERFALL
VICTORIA GRANTOR TRUST, FAY SERIES D, AND STATEBRIDGE COMPANY, LLC,
AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

THIS CASE came to be heard at a Final Evidentiary Hearing on April 16, 2014 on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 27); the "Motion"). Having considered the evidence presented and for the reasons stated on the record, the Court FINDS as follows:

    A.    The value of the debtor's real property (the "Real Property") located at

136 Northwest 15th Avenue, Miami, FL 33125, and more particularly described as

**South 55 feet of Lots 1 and 2 Block 57 of LAWRENCE ESTATE LAND COMPANY'S SUBDIVISION, according to the Plat thereof, as recorded in Plat Book 2 Page 46 of the Public Records of Miami-Dade County, Florida**

        is $200,000.00 at the time of the filing of this case.

B.      The total of all claims secured by liens on the Real Property senior to the lien of Waterfall Victoria Grantor Trust, Fay Series D (the "Lender") is $0.00.

C.      The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $200,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.
2. Lender has an allowed secured claim in the amount of $200,000.00.
3. Lender filed a proof of claim in this case (Claim No. 3-1). Lender's claim shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $101,781.59, regardless of the original classification in the proof of claim as filed.
4. Lender's secured claim shall be paid through the plan at a 5.25% rate of interest.
5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.
6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted by:_____
Peter W. Kelly, Esq.
P.W. Kelly Associates, P.A.
P.O. Box 33-1083
Miami, FL 33233-1083
(786)766-0012

Attorney Michael Frank is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.